194 So. 538

## CITY OF BIRMINGHAM v. HAWKINS, Judge.

### 6 Div. 550.

Supreme Court of Alabama.

Jan. 11, 1940.

W. J. Wynn and Jas. H. Willis, both of Birmingham, for appellant.

Thos. E. Skinner, Mullins & Deramus, and Caesar B. Powell, all of Birmingham, for appellee.

GARDNER, Justice.

Upon the question of substantive law, this cause is ruled by Eugene H. Hawkins v. City of Birmingham, post, p. 185, 194 So. 533, this day decided.

Upon the matter of remedy, the holding was that prohibition would lie.

As a consequence, the learned trial judge correctly ruled the present bill was without equity, and his decree will accordingly be here affirmed.

Affirmed.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.